**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03098-BNB

EARL CROWNHART,

    Applicant,

v.

SHANTEL CASTILLO, and
FREDDI VIGIL,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On December 13, 2012, Applicant submitted a "Motion for Extention [sic] of Time," ECF No. 7. Although Applicant does not state specifically the reason for an extension, the Court construes the request as an extension for time to cure deficiencies. Applicant shall have thirty days from the date of this Minute Order to comply with the November 28, 2012 Order to cure Deficiencies. If Applicant fails to comply within the time allowed the action will be dismissed.

Dated:  December 14, 2012